UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

GREENE & COOPER, LLP          )          CIVIL ACTION NO. 3:10-CV-360-H
        PLAINTIFF             )
                              )
vs.                           )
                              )
KMA INSURANCE AGENCY, INC. et. al.
        DEFENDANT

## MOTION FOR ORAL ARGUMENT

Comes now the Plaintiff, Greene & Cooper, LLP, (hereafter G&C), by counsel, and for its

motion for oral argument states as follows:

KMA Insurance Agency Inc. (hereafter KMA) has moved to dismiss or for

judgment on the pleadings against G&C. G&C moves for oral argument on KMA's motion to

dismiss. The issues raised would benefit from the clarifying and focusing aspect of a

presentation by oral argument. Wherefore, G&C requests an oral argument.


   /s/Charlie Gordon_____
   GREENE & COOPER, L.L.P.
   Charlie Gordon
   Counsel for Greene & Cooper, LLC
   2210 Greene Way - PO BOX 20067
   Louisville, KY 40250-0067
   (502) 495-6500

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail postage prepaid or filed electronically with the clerk of the court by using the CM/ECF system, on this 5th day of August, 2010 to the following:

Kelly Mulloy Myers
Freking & Betz, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
Counsel for Charlene Duncan, Sarah Hoskins, & Valerie Smith

Jonathan D. Weber
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, KY 40513
Counsel for KMA Insurance Agency, Inc.