**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **GREENE & COOPER, LLP.** | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO. 3:10-CV-360-H** |
| | ) | **(electronically filed)** |
| **v.** | ) | |
| | ) | |
| **KMA INSURANCE AGENCY, INC et al.** | ) | |
| **Defendants** | ) | |
| | ) | |

## AGREED ORDER OF DISMISSAL

This matter having come before the Court by agreement of the parties and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the cross claim brought by co-Defendants Charlene Duncan, Sara Hoskins, and Valerie Smith against Defendant KMA Insurance Agency, Inc., is hereby dismissed with prejudice with each party to bear its own costs and fees.

**John G. Heyburn II, Judge**
**United States District Court**

October 6, 2010

Have seen and agreed by:

/s/ Jon B. Allison (signed with permission)

Jon B. Allison, Esq.
*Counsel for Charlene Duncan, Sara Hoskins and Valerie Smith*

/s/ Jonathan D. Weber
Jonathan D. Weber, Esq.
*Counsel for KMA Insurance Agency, Inc.*