UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GREENE & COOPER, LLP PLAINTIFF

v. CIVIL ACTION NO. 3:10-CV-360-H

SARA HOSKINS, et al. DEFENDANTS

**ORDER**

Chambers of the undersigned having been advised by counsel that all matters in dispute between the parties have been settled,

**IT IS HEREBY ORDERED** that the settlement conference scheduled for January 24, 2011 (DN 34), is **REMANDED** from the docket of this action. The parties shall submit an agreed order of dismissal within 20 days of the date of this order.

January 18, 2011

**Dave Whalin, Magistrate Judge**
**United States District Court**

Copies to Counsel of Record